**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 04, 2014

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 13-2588, *Robert Garceau, et al v. City of Flint, et al*
Originating Case No. : 2:12-cv-15513

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Amy E. Gigliotti
Case Manager
Direct Dial No. 513-564-7012

cc: Mr. Peter M. Bade
Mr. Thomas Larry Kent
Mr. Tom R. Pabst

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 13-2588

_____

Filed: August 04, 2014

ROBERT GARCEAU; ALAN DICKENSON, II; STEVEN HOWE; CARY WOOSTER;
KEVIN SMITH, Warden; ERIC EADS; LAWRENCE LAFRAMBOISE; TROY SIMPSON;
ESTHER CAMPBELL; CHAD BALDWIN; RODNEY HALL; JOHN CRAMER; WILLIAM
SURFACE; MICHAEL ROSS

        Plaintiffs - Appellees

v.

CITY OF FLINT; DARRYL PATTERSON; ALVERN LOCK

        Defendants - Appellants

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 07/11/2014 the mandate for this case hereby

issues today.

COSTS:  None